### 941.   VARNER *v.* THE STATE.

RUSSELL, J. There being no proof of the corpus delicti, the refusal to
grant a new trial was error.                *Judgment reversed.*

Accusation of larceny from railroad-car, from city court of Grif-
fin—Judge Hammond. December 16, 1907.

Argued February 3,—Decided February 11, 1908.

John Varner was accused of entering a railroad-car and steal-
ing from it 500 pounds of coal. He excepted to the denial of a
new trial after conviction. The evidence showed, that he drove a
wagon, owned by one Barfield, to the side of an open coal-car that
was about midway of a freight-train standing on a side-track of

the Central of Georgia Railway Company, and in its possession, at Sunnyside station, and ·loaded the wagon with some coal that was lying loose in a pile on the ground by the car. There were 1400 or 1500 pounds of it, worth three or four dollars. It was of the same kind as that on the car just mentioned, and different from the coal on Barfield's car. The accused was then, and at the time of his trial, in the employment of the railway company. In his own behalf he stated, that the flagman of the train asked him if he could procure breakfast for the trainmen; that he went to the store, and Barfield · furnished them with something to eat, and told him to get the wagon and haul some coal that the flagman threw from the car. He did this; it was but a few lumps; the conductor, flagman, and engineer were present and saw the whole thing; he carried the coal to Barfield's, and had nothing to do with it.

*T. E. Patterson,* for plaintiff in error.
*William H. Beck, solicitor,* contra.